# MICHAEL L. SOSHNICK
*Attorney at Law*
190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK 11501



MICHAEL L. SOSHNICK

OF COUNSEL
JOHN LAWRENCE

TEL (516) 294-1111
FAX (516) 294-5465

January 13, 2016

Judge Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: The United States of America v. Merabi Patarkatsi
Docket No.: 15-Cr-523

Dear Judge Rakoff:

    I am the attorney for Merabi Patarkatsi in regard to the above-referenced case. I am writing to request that my client be permitted to check in with his Pre-Trial Service Officer, Mildred Santana, via the internet instead of traveling from his home in Rockland County to Manhattan in order to appear personally.

    This request is upon the consent of Pre-Trial Officer, Mildred Santana, and Assistant United States Attorney, Niketh Velamoor, subject to Your Honor's approval. The request is being made to spare my client the travel time and expense associated with personally reporting. In view of my client's record of 100% punctuality and compliance, Your Honor's approval is hereby requested.

    Thank you for consideration of this request.

Respectfully submitted,

Michael L. Soshnick

MLS/ds

SO ORDERED:

_____
U.S.D.J.  1-13-16